# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X

UNITED STATES of AMERICA,                    Docket No.: **07- MJ- 917**

        Plaintiff,

                                    **NOTICE OF APPEARANCE**

  -against-

                                    **Electronically Filed**

SONNEL ROBLES

        Defendants.

---------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as Counsel in this case for:

**SONNEL ROBLES**

I Certify that I am admitted to practice in this Court.

Dated:  New York, NY
        September 5, 2007

                                      *Margaret M. Shalley*
                                  MARGARET M. SHALLEY, ESQ. (MS4180)
                                  FASULO, SHALLEY & DiMAGGIO, LLP
                                  225 Broadway, Suite 715
                                  New York, NY 10007
                                  (212) 566-6212
                                  (212) 566-8165 (fax)